FILED

2020 JUL 23 PM 12: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

Phil Sparks
1751 Cloverfield Blvd
Santa Monica, CA. 90401
Phil_sparks1966@outlook.com
Cell: (310)593-1736

PHIL SPARKS, IN PRO PER

PAID

JUL 23 2020

Clerk, US District Court
COURT 4612

# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

PHIL SPARKS

           Plaintiff,

    vs.

Disney,

        Defendant

Case No. CV20-6556- MWF (JEMx)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

INDEPENDENT ACTION FOR
STALKING, HARASSMENT,
CRIMINAL THREATS,
EXTORTION, BLACKMAIL,
SLANDER, CONSPIRACY TO
TAMPER WITH WITNESSES,
INVASION OF PRIVACY AND
CAUSING EMOTIONAL
DISTRESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

F/S
21
Days

# INDEPENDENT ACTION
# FOR RELIEF

Plaintiff Phil Sparks files this independent action for stalking, harassment, illegal wiretapping, hacking, criminal threats, extortion and blackmail, invasion of privacy, slander, conspiracy to tamper with witnesses, and causing massive emotional distress and mental anguish by Disney, their executives and private investigators hired by Disney.

Disney has an ongoing extensive intimidation campaign against the plaintiff that violates both Federal and State laws and his Right to Privacy to such a degree that it has been causing massive emotional distress and mental anguish to the plaintiff for eight years. Every aspect of Disney's intimidation campaign is immoral and goes beyond the scope of a normal society. It goes beyond the scope of Disney's role in defending itself in court that it crosses over to severe criminal actions against the plaintiff and against the Rules of Law, the Rules of Court and our United States Constitution.

The illegal campaign by Disney is designed to not only prevent and dismiss any litigation the plaintiff is planning to or already have filed in a court of law against legal wrongs that Disney and the Media is guilty of, but the design includes destroying every aspect of the plaintiffs' life, reputation, and cause him massive emotional distress by spreading false, malicious rumors, monitoring his communication by illegal means, stalking and harassing him with criminal threats and insults using an illegal electronic communication device, and recruiting others to make the plaintiffs' life so unbearable with substantial emotional distress that he will eventually drop any litigation

against the defendant Disney and other litigants and force the plaintiff to leave the Los Angeles area.

(NOTE: For the remainder of this Complaint, Disney, the defendant, will be known as 'The Studios", as Disney owns a large portion of the movie Studio and production companies in Hollywood.)

## PARTIES AND VENUE

1. Plaintiff Phil Sparks is, and at all times herein mentioned is an individual residing in Los Angeles County in the State of California.
2.  At all relevant times, defendant Disney is a corporation qualified to do business in California and resides in the State of California, in Los Angeles County.
3. The injury to Plaintiff occurred within the jurisdictional area and in the State of California, and across State lines into Nevada as well.
4. These actions involves only Disney but others will be listed in this lawsuit as accomplices of the illegal extensive campaign against the plaintiff: Hollywood Executives, Hollywood celebrities, and others including the their children, are guilty of stalking, harassing, intimidating, criminal threats, and more that will be defined within this complaint.
5. This action involves an unlimited civil case. (exceeds $25,000) Plaintiff is seeking $400 million in damages. $50 million a year for eight years.
6. Plaintiff respectfully requests a jury trial.
7. The Relief desired by the Plaintiff is Compensatory damage for damages:  pain and suffering and emotional suffering, mental anguish,

stalking, harassing, slander, violation of privacy, and punitive damages because the illegal acts were done deliberately and maliciously.

**8.** Injunction Relief to stop the stalking, harassment, slander, and all other crimes mentioned in this Complaint against Disney and their executives and whoever they have hired now and in the future Sparks.

**9.** Sparks is asking for an injunction to destroy any sex videos that Disney, any of their associates, and others have of him and not to be published

10.    This action is within the statute of limitations.

11.    The federal anti-stalking law expressly includes the use of an electronic communications system as a means of violating the federal anti-stalking law, so therefore, Disney is guilty of violating Federal Laws and well as California State laws on stalking.

12.    The First Cause of Action is stalking and harassment.

13.    The Second Cause of Action is criminal threats.

14.    The Third Cause of Action is Extortion.

15.    The Fourth Cause of Action is Blackmail.

16.    The Fifth Cause of Action is Slander.

17.    The Sixth Cause of Action is conspiracy to tamper with witnesses.

18.    The Seventh Cause of Action is Invasion of privacy.

19.    The Eighth Cause of Action is Emotional distress and mental anguish.

# **PRELIMINARY HISTORY**

Sparks was a member of the Screen Actors Guild from 2005-2012. From 2007 – 2012, the plaintiff acted and starred in three different Reality Shows that were never aired as far as the plaintiff knows but the contracts were fulfilled. There was no stimulation in the contracts that if the show never aired, the contract will not be paid. The amount the three contracts were worth was $13.5 million. The Studios did not honor any of those contracts fully and had Sparks blacklisted from the Industry each time.

In 2010, Sparks did receive $2 million, half of what the 2nd contract was worth, but returned it to the Studios after weeks of harassment because Sheryl Crow informed him that the Studios wants the money back. To convince Sparks that they were serious, they informed Sparks everything he had in a safe deposit box at his mother's house. They had broken in and informed Sparks they can touch him and his family whenever they want.

**NOTE:**  This incident was directly after the murder of an acquaintance, Beverly Hills publicist Ronnie Chasen, who had the initial Blacklisting from Hollywood removed off Sparks and had went to the Studios and had gotten a second contract for him. Sparks admit he was a bit depressed as he believes that if he did not involve her, she would still be alive, so Sparks was under duress and not thinking clearly. Ronnie Chasen had informed the plaintiff that she was going to the FBI to turn in evidence against Steve Samara and others for crimes. As Sparks was depressed and under duress, he did not have it in him to go against the Studios at this time as it may be deadly and dangerous and Sparks admits he wasn't up for that, it

was easier, in his mind under duress, to just give it back and maybe the Studios would leave him alone.  Under normal circumstances, Sparks would have gotten a lawyer and fought but he admits he was under duress due to the tactics being played by the Studios and Steve Samara, which were to destroy his career as an actor, destroy his life with lies, and the scheme that was in play during the filming of the Second Reality Show that Steve Samara and the Studios were using that hinted to Sparks that the Show itself was just another attempt to embarrass him and ignored all requests by Sparks to make the show interesting. The Studios even failed to honor the contract stipulation that Sparks receives $15,000/week during filming but instead informed him that the Show is about Sparks becoming an actor in Hollywood and so the money would be put in an account until he nails his first role. He would get the entirety of the weekly contract money after the Show ended along with $4 million, a Porsche and a Rolex watch. Steve Samara informed Sparks that is because they did not want him to just go out partying and getting drunk. The Studios and Steve Samara was lying, and Sparks learned later on after he was homeless that none of the weekly money was being put in an account for him but Steve Samara was embezzling the money and putting it in his own account. Steve Samara and the Studios is also spreading the lie to the public that he gave away all his money. ($13.5 million) Steve Samara is spreading lies that Sparks gave him $4 million and Amy Mendez is lying that Sparks gave her $2 million, when in all actuality, the $2 million Sparks gave to Sheryl Crow was actually obtained by extortion …hinting to do harm to Sparks and his family if he does not return it. To back up their lie to conceal extortion, The Studios used a hidden camera to capture Sparks giving the money to

Sheryl Crow, yet they failed to mention to the public that Sparks was calling the Studios and the executives, fucking evil people during the exchange.

(There is a lot more that went on during that time but this lawsuit against Disney will focus on the last eight years of stalking, harassment and the charges listed in the title of the complaint which includes that the tactics used by these individuals and Disney caused substantial emotional stress and mental anguish for the last eight years.

Sparks became a member of SAG after performing in three focused non-speaking parts in 2005. (They are not listed on his IMDB because Disney had them removed so that they can "sell" the lie that Sparks was never an actor in Hollywood and replaced the few credits he had with a copy of the article stating that he is the 6th most dangerous celebrity stalker in the World.)

Even during those years as an actor, certain members of Hollywood had an agenda and involved in a campaign to destroy any chance of a career in Hollywood before it begun. Blatant lies were spread around Hollywood that Sparks is gay, has no talent, and involved with drugs and prostitution. To back up these malicious lies, the Studios presented an old black and white grainy security camera video from the 1990's in a laundry mat that showed Sparks entering into a bathroom with another individual to share a marijuana cigarette while doing laundry, but the Studios spread lies that Sparks was homosexual and engaging in sexual acts.

Another video of Sparks engaging in sexual acts surfaced around the Industry that was filmed by a woman who Sparks was 'friends with benefits'

with and only partook in the video because she had asked him if she could film it so she can view it while on tour. The video itself was only supposed to be between the woman and him. But the woman made numerous copies and handed them out without Sparks' permission and even played the videos as 'special' parties that she had.

Sparks had no knowledge that the videos had been making the rounds to members of Hollywood until he became homeless in early 2012. The plaintiff was never in the "in" crowd and never went to any Hollywood parties so he was left out of the loop that the past four years, sex videos of him were being spread around for the sole purpose of embarrassing and preventing Sparks from being hired as an actor. No one in the Industry informed him that the sex videos were making the rounds and Sparks assumed that the sex videos he made for the woman, still remained private to just her. That woman was Sheryl Crow.

The plaintiff was also informed about other videos that he has no recollection of ever doing. Sparks believes those videos, if they exist, are either photoshopped or part of a scheme from his 3rd Reality Show, where Steve Samara, the Studio executive who was actually directing Sparks' Reality Shows, needed evidence to discredit and ruin Sparks' career so that he and others may be successful in their scheme to rob Sparks of his millions. So, they fabricated the evidence in some 'dream sequence' scheme to make it appear that Sparks is everything they had spread malicious lies about in the beginning.

Sparks believes the dream sequence scheme was put in play because Black Cube, the private investigation agency Harvey Weinstein and Disney initially hired to prevent Sparks from winning any lawsuits and do 'damage control' of any information that Sparks was releasing, was to stimulate what happened while Sparks was kidnapped at age 7. They tried to recreate the tragic event after drugging the plaintiff with huge amounts of heroin, and Sparks would assume it was just a bad dream of the kidnapping, as they placed Sparks back into his bed after they finished fabricating the evidence they needed for extortion and blackmail. They got the details completely wrong for that to work.

NOTE: Disney Executive Steve Samara is the Studio Executive that admitted stealing $2 million from Sparks in the first Reality Show and had him blacklisted from the acting industry twice, 2007 & 2010. Steve Samara is also the individual who stole $2 million plus the $15,000/week that was part of the monies promised on the second contract in 2010.  The Studios protected him and let him keep the millions.

After Steve Samara and others that are unknown to Sparks, stole Sparks' millions, they created a scheme to destroy Sparks career and alienate and blacklist him from Hollywood forever and in doing so, protecting themselves from having any charges filed against them by falsely making it appear that Sparks is everything that they have lied about.  That scheme involved fabricating videos by chloroforming the plaintiff in his sleep, then transporting him to a different location and drugging him with heroin and fabricating evidence so that they may use that fabricating evidence for extortion and black mail against Sparks and/or use that footage to falsely

1   convince executives and Studios in the upper echelon levels of the Industry
2   that Sparks is a nutjob and a prostitute. The Studios was hoping that the
3   blatant lies, videos, and the backlisting's from the industry, would
4   embarrass Sparks to such a degree that Sparks would banish the thought
5   of becoming an actor in Hollywood and leave, and in doing so, the
6   individuals who robbed Sparks of the millions would be clear of having the
7   public find out.

8

9   **(California Penal Code 647(j), 647(k)).  - California also has laws**
10  **against "revenge porn," or the online posting of explicit photos of**
11  **people without their permission. It is a crime to take explicit photos or**
12  **videos of another person and distribute them in a way that is intended**
13  **to cause emotional distress.  This applies to the distribution of both**
14  **photos that the perpetrator took of the victim, as well as pictures the**
15  **victim took of him/herself.**

16

17  The plaintiff did report to a Los Angeles Police substation the day after the
18  'dream sequence' act but was refused of any help by the police and was
19  told to vacate the station. They refused to file any police report or listen to
20  any of Sparks' statements after the plaintiff mentioned that Disney was
21  behind the scheme.

22

23  They would and have denied any scheme of the 'dream sequence' where
24  they fabricated evidence but Amy Mendez, an actress who partook in the
25  scheme, on the promise of her own show, admitted it happened while
26  drunk at a bar in 2020. An individual overheard her and informed Sparks
27  that she admitted it happened.

28

After the Third Reality Show and the contract of $7.5 million not honored, nor the $15,000/week that was supposed to be waiting on the books for Sparks never was paid, Sparks became homeless.

In August 2012, while pursuing lawsuits for the contracts and other damages, Disney, Harvey Weinstein and Sheryl Crow filed restraining orders against Sparks falsely claiming that Sparks was stalking Harvey Weinstein in New York and Sheryl Crow in Nashville, TN. Sparks is and was homeless at the time in Santa Monica, California. 'Sheryl Crow/Harvey Weinstein vs. Sparks (SS022570)

The result from that court hearing was that even though Sparks proved that all the testimony and presented evidence was complete fabrications, presiding judge James Hahn still issued the restraining orders that violated Sparks Procedural Due Process, Rules of Court, Rules of Evidence and Sparks' Constitutional Civil Right of a "fair and unbiased" tribunal and a judgment based on the merits of the case, not by extrinsic fraud.

**NOTE:** Presiding Judge James Hahn was not assigned to the case but replaced the assigned judge an hour before the proceedings begun. Judge Hahn also ordered the TMZ cameras out of the courtroom that the previous judge allowed. The court proceeding was to be aired on TMZ News. TMZ was present in the courtroom during the entire proceeding and interviewed Sparks twice on camera, before and after the court hearing. Associated Press was also present in the court hearing and interviewed Sparks after the court hearing as well on camera.

In the Crow/Harvey Weinstein case, it was revealed in court that Sparks has been under surveillance by private investigation agencies hired by Disney for nine months already. Since the time the 3rd Reality Show ended in November 2011. That purpose of having Sparks under surveillance since November 2011, Sparks believes, was to prevent the truth of the fabricated videos of the dream sequence being leaked out to the public and to prevent Sparks from suing for monies owed on the past contracts that were never honored. Sparks already reported to one department of the Los Angeles Police and now he was searching for attorney's to pursue lawsuits against the perpetuators of the crimes against him.

It was also revealed in the presented testimony and evidence in the court case that Disney was guilty of trying to perpetuate fraud twice during the judicial proceeding – Dr. David Glaser and Private Investigator Kevin Berman.

Dr. David Glaser, a forensic psychiatrist, testified under oath in the Crow case that he held a valid, unrevoked California Medical License and had analyzed Mr. Sparks and found him dangerous and ambiguously delusional. Sparks testified that he had no clue who Dr. Glaser was prior to that court hearing. Dr. David Glaser as it turns out, had his California Medical License revoked for two years in 2010 for drugging and raping a female patient. He finally had his medical license reinstated in 2013. Glaser lied under oath in Court. When the Media published that Dr. Glaser was a qualified psychiatrist when he was not...constitutes fraud on its face by the Media and fraud by Disney, Harvey Weinstein and Sheryl Crow in the original court proceeding. Misrepresentation.

Kevin Berman, a California private investigator, testified under oath after Sparks recognized him in the courtroom and called him up to testify that he did approach Sparks under the fake name "Robert Hanson", A California Attorney and used fake credentials which is considered fraud. Mr. Berman admitted that Disney and Harvey Weinstein hired him as a private investigator to go after Sparks, months before any restraining orders were served.  Sparks fired him after three weeks of learning that there was no such attorney in the State of California under the name 'Robert Hanson.' Sparks had no clue who he had hired and when he asked Mr. Hanson about it…he still declared he was a California Attorney under the name 'Robert Hanson.'

On August 17, 2012, 137 articles were published that depicted falsely that Sparks as the 6th most dangerous celebrity stalker in the world, guilty of stalking Sheryl Crow in Nashville and Harvey Weinstein in New York. The Hollywood Studios even popular large News networks air that Sparks is guilty of stalking. The articles quoted Dr. David Glaser, referring to him as a qualified "forensic psychiatrist, which stated that he analyzed Sparks and found him dangerous and ambiguously delusional. The Media presented a known lie as a false truth by stating that Dr. David Glaser was a 'qualified psychiatrist' when in fact, it is illegal to do so without a valid, unrevoked medical license. That act is fraud.

Sparks files eight cases of defamation of character against the Media, the very next day. [ NBC E-online (BC514937), Associated Press (BC503090), TMZ (BC505961), Santa Monica Daily Press (SC119587), CBS News (BC513939), Hollywood Reporter (BC524719), Yahoo News (SC118884).]

All the defamation cases were dismissed with the anti-SLAPP motion that the judgment was obtained by fraud upon the court by both the defense attorneys and the presiding judges. The judges and the defense lawyers devised a scheme to defraud the court and rob Sparks out of his Constitutional Right of a "fair and unbiased tribunal."  The judges ignored and did not consider the fraud by the media nor the fraud by Disney, Harvey Weinstein and Sheryl Crow. The judges ignored Rules of Court, Rules of Precedence, Rules of Evidence, and Doctrine of Stare Decisis. The judges ignored Sparks' submission of Dr. David Glaser's California Medical Record, signed by the Director herself as authentic, that stated that Dr. Glaser had a revoked California Medical License.

Each judge in his eight cases seemed to be in the same campaign to defile and destroy the foundation of Justice that constitutes fraud upon the court. The investigators hired by Disney, specifically Black Cube, would obtain private conferences with the presiding judges and convince them by whatever means to dismiss the cases, even if it constituted fraud upon the court. The scheme included the clerks of the courthouses to insure the cases were sent to the right judge. The scheme also included a district attorney which appeared mysteriously at Sparks' "Sparks vs. Associated Press" defamation suit (BC503090) and stood behind the presiding judge to insure the case was dismissed.

Sparks met an agent of Black Cube at a bus stop when he walked up to Sparks to brag on his victory of getting his cases dismissed in 2013. Abraham, the name he used, bragged extensively that the World is corrupt and the power is the ones who have money. Since Sparks has none, he

suggested that he forget pursuing the lawsuits and just accept it and move on. He admitted that initially he was hired by Harvey Weinstein, then currently being employed by Disney to make this matter disappear by whatever means. He suggested that Sparks leave immediately while Sparks can.

## RULES OF LAW

**\*(18 U.S.C. 875) Interstate Threats and Extortion:** A person who publishes or threatens to publish private photos or videos of another with the intention of forcing the victim to do something he/she would not have done otherwise may be charged with extortion, if the perpetrator communicated with the victim via interstate commerce channels (phones, computers, internet, etc.)

**\*(Civil Code 1708.7)** A victim of stalking may bring a civil lawsuit against the stalker and recover money damages. - elements and remedies of the tort of stalking.

**\*(California Penal Code 646.9)** In California, According to the criminal laws, a stalker is someone who willfully, maliciously and repeatedly follows or harasses another (victim) and who makes a credible threat with the intent to place the victim or victim's immediate family in fear for their safety. The victim does not have to prove that the stalker had the intent to carry out the threat.

**\*Pursuant to (18 USC § 2261A.) §2261A** (1)  place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that-

(A) places that person in reasonable fear of the death of, or serious bodily injury to that person; (ii) an immediate family member (as defined in section 115) of that person;

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i),

**\*"Harass"** - Courts have defined harassment as it is commonly understood: repeated words, conduct, or action that serve no legitimate purpose and are directed at a specific person to annoy, alarm, or distress that person.

**\*"Substantial emotional distress"** - Substantial emotional distress, as that term is used in the federal anti-stalking statute, is mental distress, suffering, or anguish, including depression, shame, humiliation, shock, embarrassment, grief, anxiety, or fear.

**\*Intent** - In order to convict a person under the federal anti-stalking statute, a U.S. attorney must prove that a stalking defendant acted with the intent to cause death, injury, fear of injury or death, or substantial emotional distress to the victim. Often, intent is proven by introducing the defendant's own threatening voicemail messages, emails, texts, and/or Facebook page postings.

**\*(California Penal Code 647(j), 647(k)).**  - California also has laws against "revenge porn," or the online posting of explicit photos of people without

their permission. It is a crime to take explicit photos or videos of another person and distribute them in a way that is intended to cause emotional distress.  This applies to the distribution of both photos that the perpetrator took of the victim, as well as pictures the victim took of him/herself.

**\*(California Penal Code 653m.) (California Penal Code 442**.) California's criminal laws addressing online harassment state that it is illegal to use an electronic communication device to make repeated contact with another person with the intent to harass or annoy, or to make a single intentionally harassing contact if it includes any obscene or threatening language. Additionally, it is illegal to make credible threats by means of any electronic communication device, including but not limited to telephones, cell phones, smart phones, tablets and computers.

**\*(California Penal Code 653.2)** Another law makes it a crime to use an electronic communication device to distribute personal information of another person without their consent, and with the intent to harass them or cause them fear.

**\*(18 U.S.C. 2511)** Eavesdropping: If non-consensually published material was originally obtained by the perpetrator's intercepting an electronic communication, he may be criminally and civilly liable.

**\*(18 U.S.C. 875)** Interstate Threats and Extortion: A person who publishes or threatens to publish private photos or videos of another with the intention of forcing the victim to do something he/she would not have done otherwise may be charged with extortion, if the perpetrator communicated with the victim via interstate commerce channels (phones, computers, internet, etc.)

**\*(8 U.S.C. 1030)** Unauthorized Information: The Computer Fraud and Abuse Act creates civil and criminal liability for a person who obtains any information from any internet-connected computer without authorization. additional civil and criminal remedy exists for those who access a computer with the intent to defraud.

**\*U.S. Code § 2510** et. seq. sets out the federal laws governing wiretapping. The federal laws on wiretapping apply whenever anyone records any conversation, whether it is oral, electronic or over a "wire." It is illegal to record, use or disclose information through the use of an illegal wire tap or recording device. Anyone found guilty of such a crime faces criminal punishments of up to five years in prison and a $250,000 fine for each violation. Civil penalties also apply, including paying for the opposing party's attorney's fees and potential punitive damages.

## CRIMINAL BEHAVIOR

Since January of 2012, when Sparks became homeless due to lack of funds because the Studios including Steve Samara did not honor any of the contracts, Disney and the others created an extensive intimidation campaign against Sparks to prevent Sparks from winning any future lawsuits that he was planning to file, to do 'damage control' on any information that Sparks was leaking out on Facebook, (dream sequence and other facts),  to make it appear with lies of slander and fabricated videos that Sparks is a schizophrenic, a ;prostitute, and is making up this entire ordeal that he was a victim to in Hollywood on the three Reality Shows that he starred in, to discredit him, to destroy his reputation, and his integrity, so no one would believe him, to alienate Sparks from his family and friends so he would not be able to recruit help in his legal battle against the Studios or obtain any money from them to hire a lawyer, and to harass Sparks and force him to abandon any attempts to file any future lawsuits.

The illegal extensive campaign begun when the Media, directed by the Studios, published 137 articles in one day that Sparks is the 6th most dangerous celebrity stalker in the World, even though Sparks proved beyond a doubt that during the Crow/Weinstein case, the "gist" of that court hearing was that Disney, Harvey Weinstein and Sheryl Crow were trying to frame Sparks as a stalker with fabricated testimony and evidence. Both Sheryl Crow and Harvey Weinstein had lied profusely in their testimony.

Next, the Studios destroyed his reputation with a smear campaign that included spreading false, malicious lies about him to the Hollywood industry, the local police departments, and to the general public. Those lies of slander included lies that Sparks is a child molester, a rapist, a homosexual, a bisexual, a prostitute, conman and a large number of other assorted and outrageous lies to destroy his reputation and falsely make it appear that Sparks is some sort of serious nutjob that needed to be locked up in prison or an insane asylum.

At one point, Disney surveillance started spreading the slanderous lie that there is a video of him having sex with a fourteen year old girl in the early 1990's, but an executive for Disney informed Sparks that they have only a video of Sparks walking on the sidewalk along side a girl in Cleveland, saying a few words to her. Sparks does not remember the girl or the event.

To accomplish their scheme in this extensive intimidation campaign, Disney and the private investigators they hired, (Black Cube, Kevin Berman and Associates), had to stalk Sparks everyday monitoring every movement and communication that Sparks was involved in to counter act any progression towards winning the lawsuits or letting any information out to the public that Sparks held.

**(Civil Code 1708.7) A victim of stalking may bring a civil lawsuit against the stalker and recover money damages. - elements and remedies of the tort of stalking.**

That included illegal wiretaps on his cell phones and his laptops, hacking into his electronic devices and installing keyloggers to capture keystrokes to monitor his text messages and steal passwords to each and every one of

his online accounts. With keyloggers in place, the private investigation agents hired by Disney, could watch as Sparks typed each word in each of his court papers and act accordingly to prevent success on Sparks' part by intercepting and putting in play a plan to intercept and dismiss the complaint or action. That plan would include paying off judges and clerks to dismiss the cases or motions by extrinsic fraud.

**U.S. Code § 2510 et. seq. sets out the federal laws governing wiretapping. The federal laws on wiretapping apply whenever anyone records any conversation, whether it is oral, electronic or over a "wire." It is illegal to record, use or disclose information through the use of an illegal wire tap or recording device. Anyone found guilty of such a crime faces criminal punishments of up to five years in prison and a $250,000 fine for each violation. Civil penalties also apply, including paying for the opposing party's attorney's fees and potential punitive damages.**

**(8 U.S.C. 1030) Unauthorized Information: The Computer Fraud and Abuse Act creates civil and criminal liability for a person who obtains any information from any internet-connected computer without authorization.  additional civil and criminal remedy exists for those who access a computer with the intent to defraud.**

**(18 U.S.C. 2511) Eavesdropping: If non-consensually published material was originally obtained by the perpetrator's intercepting an electronic communication, he may be criminally and civilly liable.**

When Sparks reported to law enforcement and to the FBI of criminal activity by Disney and associates via online or in person, the agents hired by Disney already convinced law enforcement that Sparks suffers from schizophrenia, and other mental diseases and is not to be believed, that the claims he is declaring is actually a "psychosis" being played out in his head, that he is not being followed or harassed. (Dr. David Glaser, who lied in his testimony that he analyzed Sparks in the Crow/Weinstein vs. Sparks' case, created this false mental condition for Sparks under testimony so that Disney could proceed with their scheme to discredit and ruin Sparks.)

 Even though dozens upon dozens phone reports were coming into police stations in Santa Monica and Los Angeles of individuals witnessing Sparks being stalked, harassed and threatened, including some police officers themselves reporting the crimes, nothing was investigated. Sparks himself, reported stalking, harassment and criminal threats dozens upon dozens of times to the Police and to the FBI over a period of eight and a half years.

There is even an LA Police Report where one of the sons of a Disney Executive, Steve Samara, was caught on security camera and caught by Sparks throwing explosives on Sparks' sleeping bag at 2 a.m while he was asleep., burning the sleeping bag. The police were called and Sparks forced the officers to write a Report but no charges were filed against the son. The detective wrote it off the next day as "kids will be kids."  The son was in his early 20's.

Disney and Associates even monitored his Facebook accounts and had them banned numerous times for posting stuff that came close to revealing that truth. Fifty-seven times to be exact over an eight- year period.

In this extensive intimidation campaign against Sparks, investigators hired by Disney stalked and harassed the plaintiff each day, for the last eight and a half years.

**(California Penal Code 646.9) In California, According to the criminal laws, a stalker is someone who willfully, maliciously and repeatedly follows or harasses another (victim) and who makes a credible threat with the intent to place the victim or victim's immediate family in fear for their safety. The victim does not have to prove that the stalker had the intent to carry out the threat.**

**NOTE:** In the Summer of 2013 at the Santa Monica Library, Sparks was sitting at the manuscript computers working on a lawsuit to file when his eyes started tearing up and becoming painful. Sparks heard someone tell someone 'what the hell you doing?" Upon looking up, he saw a man exit the bookshelves and make for the exit. When Sparks was leaving the library, another homeless individual informed Sparks that he saw a man pointing what looked like a laser point pen at Sparks between the bookshelves. The laser was invisible to the naked eye. Sparks' eyes worsened and went to Venice family clinic to have looked at. The eyes were under stress and the right eye had pupil damage, the female physician informed Sparks that she is surprised that he could see out of his right eye because of the pupil damage. Eye drops were given.

**NOTE:** In 2015, while Sparks slept nightly at Helen's bicycle shop on Broadway in Santa Monica., an individual wearing a suit shirt and pants approached Sparks at 3 a.m. while he was asleep and kicked Sparks in the

head. Sparks awoke but the perpetuator was gone but another homeless guy witnessed the attack. The description appeared to be an executive with the movie studios.  Sparks went to the hospital the very next day because he could not walk. Brain injury- vertigo. The physician just gave a prescription to Sparks and Sparks did not go into detail any further about the attack. For a week, Sparks could not walk far or ride his bike until it cleared.  Sparks believes his brain stem is also injured as he still gets dizzy when he leans his head back. Welfare insurance does not cover for specialists.

**Intent - In order to convict a person under the federal anti-stalking statute, a U.S. attorney must prove that a stalking defendant acted with the intent to cause death, injury, fear of injury or death, or substantial emotional distress to the victim. Often, intent is proven by introducing the defendant's own threatening voicemail messages, emails, texts, and/or Facebook page postings.**

**Pursuant to (18 USC § 2261A.) §2261A (1)  place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that-**

**(A) places that person in reasonable fear of the death of, or serious bodily injury to that person; (ii) an immediate family member (as defined in section 115) of that person;**

**(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i),**

Disney surveillance used a laser voice transmitter (Blueprint plans are attached to this Complaint) to "harass" the plaintiff throughout the day and night unseen. The laser could transmit the human voice up to a quarter of a mile away, unseen to the naked eye. The investigators would threaten to murder Sparks if he does not drop the lawsuits, threaten to throw him in jail or an insane asylum, inform Sparks that he is a conman and everyone knows it, threaten to inform other agencies of the World that Sparks is a terrorist against the Jews, and other statements of harassment that caused Sparks substantial emotional distress. The investigators would also use the device during the night as Sparks laid on the concrete in a sleeping bag to sleep at night.

**(California Penal Code 653m.) (California Penal Code 442.) California's criminal laws addressing online harassment state that it is illegal to use an electronic communication device to make repeated contact with another person with the intent to harass or annoy, or to make a single intentionally harassing contact if it includes any obscene or threatening language. Additionally, it is illegal to make credible threats by means of any electronic communication device, including but not limited to telephones, cell phones, smart phones, tablets and computers.**

The investigators hired by Disney also looked for weak spots that Sparks was vulnerable to and focus on those areas to purposely and maliciously cause the plaintiff emotional distress and mental anguish.

One such instance, the investigators revealed to Sparks that they hacked into a sealed court file and found out that Sparks was a victim of a

kidnapping at age 7 and held for eight months by a woman. The investigators tried to psychologically destroy Sparks mentality and cause him mental anguish by using that information against him and lied to him that the 12 year-old girl that was rescued with him, was on their side and helping them. (The 12 year-old girl had been kidnapped three years earlier ) They tried to coerce Sparks into dropping the lawsuits or they will release the information to the public, what contained in the court files. (The 12 year-old girl has informed Sparks that Disney investigators questioned her under false pretenses.) Disney surveillance did spread around the contents of the court file to others in Hollywood informing them they have proof that Sparks was a prostitute before coming to Hollywood.

**(California Penal Code 653.2) Another law makes it a crime to use an electronic communication device to distribute personal information of another person without their consent, and with the intent to harass them or cause them fear.**

Another such instance that the investigators tried to coerce Sparks into dropping the lawsuits was the threat of releasing videos on Youtube of the plaintiff engaging in sexual acts, some of which Sparks does not recollect of ever doing and is part of the 'dream sequence' scheme that took place years earlier in the 3rd Reality Show, whereas, they fabricated the evidence by drugging the plaintiff.

The investigators hired by Disney even spread vicious lies that Sparks was "blacklisted" from Hollywood because, in their words: "Sparks was caught jacking off on camera." The investigators were using the video that Sheryl Crow took and/or the videos taken illegally during the dream sequence

1
2
3

scheme to sell the lie to the public. Disney was maliciously spreading lies to shame Sparks and cause embarrassment. Disney would recruit others to spread the vicious lie as well, including children.

4
5
6
7
8
9
10
11

Amy Mendez, the actress that partook in the 'dream sequence' scheme to fabricate videos, not only guilty of stalking and harassing Sparks, Amy Mendez also showed sex videos of Sparks engaging in sexual acts on her cell phone to other patrons of the bar.  The purpose was to cause Sparks embarrassment and shame when individuals informed him of the fact and to "sell the lie" to those same patrons that Sparks is a prostitute. That act was to Cause Sparks mental anguish and emotional distress, which it did.

12
13
14
15
16
17
18

**(18 U.S.C. 875) Interstate Threats and Extortion: A person who publishes or threatens to publish private photos or videos of another with the intention of forcing the victim to do something he/she would not have done otherwise may be charged with extortion, if the perpetrator communicated with the victim via interstate commerce channels (phones, computers, internet, etc.)**

19
20
21

Disney and Associates also recruited others in the campaign to "harass" Sparks by numerous methods, all of which is immoral and illegal.

22
23
24
25
26
27
28

The Jewish Executives of Disney went to the Jewish community of Santa Monica and Los Angeles and spread vicious lies that Sparks suffers from antisemitism and hates all Jewish people. With that lie in place, Sparks suffered hatred, and harassment from every Jewish individual with LA County. Threats of death, getting beat up, that he should be ashamed of himself, that he should go back to wherever he came from because he is

not liked here...all within the scheme of Disney surveillance to attempt to force the plaintiff into leaving LA and dropping the lawsuits.

NOTE: Sparks has repeatedly posted on Facebook that he does not hate all Jewish people, just the Jewish mob of Hollywood, and Zionists.

Disney hired a third Private Investigation Agency from  Arizona, that included men that were African-American, and those investigators would go "undercover" as homeless guys, (Sparks caught one of these men at the homeless shelter OPCC) and spread lies in the black community that Sparks hates black people. Which is totally false and just put out there to further harass Sparks to make his life difficult and add more emotional distress.

The recruitment by Disney executives and their hired investigators to further harass Sparks in their extensive intimidation campaign included encouraging their children to "harass" Sparks whenever they saw him in Santa Monica and Westwood. Their children, sometimes as young as seven or eight years old, would taunt Sparks that he is going to jail for hating Jews and that he is a conman. Disney put children in harm's way to win lawsuits. Sparks is listed as the "6th most dangerous and delusional stalker" in the World but Disney executives think it is okay to have their children "taunt" him? What's wrong with that philosophy?

One such kid, a child of Disney Executive Steve Samara, daily for the past three years, would stalk him nightly and walk briskly past Sparks' sleeping spot several times and taunt him...the same child who burned Sparks' sleeping bag with explosives at 2 a.m. Steve Samara's 14 year-old

daughter is guilty of the same thing, taunting Sparks had no contract and that her father made a fool out of him.

Another such scenario is when Disney top executives lied to other executives in the Hollywood Industry and informed everyone that Sparks is a conman and never was an actor in Hollywood. They even went as far as to erase the few credits on his IMDB and place there instead, a copy of one of the articles that stated he was found guilty of stalking. So in their scheme to win lawsuits by forcing Sparks into dropping them by an extensive intimidation campaign, Disney and their investigators informed everyone to "harass" Sparks whenever they saw him as well. To inform him that he was never an actor in Hollywood, that he suffers from antisemitism, and that he is going to jail for a long time because he is a conman. Most of the executives that partook in the harassment each day for the last eight years for Disney was Jewish.

The Jewish Hollywood executives tried to have him kicked out of the YMCA in West L.A., where Sparks showers, by becoming members there and insulting him and complaining to the staff that Sparks suffers from antisemitism and should not be allowed to be a member since there are so many Jewish members.

At UCLA, the Hollywood Jewish community would constantly walk by and harass Sparks while he was sitting at a bench working on court papers, numerous times per day, informing him that he is not going to get away with his "con" that he has against the Jews and Disney.

**"Harass" - Courts have defined harassment as it is commonly understood: repeated words, conduct, or action that serve no**

**legitimate purpose and are directed at a specific person to annoy, alarm, or distress that person.**

In January of 2016, Sparks did relinquish going after the lawsuits against the Media and Disney and decided to move to Las Vegas and start anew. Sparks decided he had enough of the stalking, harassment, and criminal threats by Disney, Steve Samara and the Studios. Sparks was tired of constantly getting attacked verbally and abusively by everyone and law enforcement did nothing to stop it.

On the second night in Las Vegas on the Vegas Strip, Sheryl Crow and Amy Mendez and a few others appeared on the strip before him, antagonizing him. Disney surveillance which included Steve Samara, stalked him to Las Vegas, bringing along Sheryl Crow and Amy Mendez to antagonize him. The agents informed him "no one does this to the Jews and walks away. You need to go to jail. We are not going to stop until you turn yourself in and tell everyone that you lied about everything."

Sparks came back to finish the lawsuits, the next day…and Disney, the investigators they hired continued on the day to day stalking, harassment and the extensive intimidation campaign.

# **CONCLUSION**

**"Substantial emotional distress" - Substantial emotional distress, as that term is used in the federal anti-stalking statute, is mental distress, suffering, or anguish, including depression, shame, humiliation, shock, embarrassment, grief, anxiety, or fear.**

The Plaintiff Sparks has been living homeless on the streets of Santa Monica as the sixth most dangerous and delusional celebrity stalker in the World for the past eight years. Unable to obtain employment because of the 137 articles stating falsely that he was found guilty. Shunned by family and friends, depressed because the Studios and their investigators were spreading lies that Sparks is homeless because he is addicted to crack cocaine, gay, bisexual, schizophrenic and other assorted lies that destroyed his reputation, his chance of any employment, and alienated him from his family and friends, ( Sparks has not spoken to any family member since the articles were published....they refused to have any further contact with him as they believe the articles.)

For the past eight years, Sparks has been stalked, harassed, threatened, his privacy invaded with illegal wiretaps, keyloggers on his cell phone and laptop,  harassed with a laser voice transmitter insulting him and trying to force him to drop the lawsuits, and more.

Along with the people that Disney surveillance recruited to help in their harassment, Sparks has been harassed by hundreds of Jewish individuals

each and everyday, yelling at him that he should be ashamed of himself and put in jail for antisemitism, and antagonized by their children at well...which puts their children in harm's way of supposedly the 6th most dangerous and delusional celebrity stalker in the World.

Other recruits by the Disney surveillance has been threatening to kick the shit out of him, in their words, every day for the last eight years. Since Sparks sleeps outside because he is homeless, that causes Sparks to have more anxiety.

Sex videos involving Sparks has been circulating in the Hollywood industry and certain individuals have been showing those videos to patrons in bars, which is causing Sparks embarrassment, shame, grief, and anxiety.

Disney and their associates have been spreading lies that he gave away all his money and telling other lies to sell their scheme to get away with the illegal intimidation campaign against Sparks.

Sparks is asking for $400,000,000 for damages for the last eight years, ($50 million for each year ) The Relief desired by the Plaintiff is Compensatory damage for damages:  pain and suffering and emotional suffering, mental anguish, stalking, harassing, slander, violation of privacy, and punitive damages because the illegal acts were done deliberately and maliciously.

Sparks is asking for an injunction to have a stay away order on Disney and all their associates.

Sparks is asking for an injunction to destroy any sex videos that Disney, any of their associates, and others have of him and not to be published.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a no frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

DATED: July 23, 2020

Respectfully submitted, *Phil Sparks*

Phil Sparks

Plaintiff